**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISIPPI
JACKSON DIVISION**

LEIRRIE BELL MYLES                                                                 **PLAINTIFF**

VS.                                          CIVIL ACTION NO. 3:09CV280 HTW-LRA

AMERICAS SERVICING COMPANY
AS SERVICER FOR DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS
TRUSTEE FOR HSI ASSET SECURITIZATION
CORPORATION TRUST 2006-WMC1                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

COMES NOW, America's Servicing Company as Servicer for Deutsche Bank National Trust Company, as Trustee of HSI Asset Securitization Corporation Trust 2006-WMC1, by and through its counsel and Leirrie Bell Myles, in proper person, and respectfully show that:

Pursuant to pre-trial discussions and representations made to the Court during the Rule 16.1 Telephonic Case Management Conference, the parties are in agreement that Leirrie Bell Myles no longer desires to pursue this litigation and that this matter should be dismissed with prejudice.

IT IS THERFORE ORDERED AND ADJUDED that the matter is hereby dismissed with prejudice, with each party to bear its own costs in this matter.

Thus done this 29th day of July, 2009.

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**

Approved:

/s/ Michael Alan Jedynak
Attorney for Defendant, Americas Servicing Company
MSB 103014
Morris & Associates
2309 Oliver Road
Monroe, LA 71201
318-327-7716
318-398-2029 (fax)


/s/ Leirrie Bell Myles, in proper person
2640 McDowell Road
Jackson, Mississippi 39204
601-941-6599


CIVIL ACTION NO. 3:09CV280 HTW-LRA
Agreed Order of Dismissal